UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAFAEL OSEGUERA GODINES,<br><br>    Plaintiff,<br><br>    v.<br><br>KITSAP COUNTY JAIL, et al.,<br><br>    Defendants. | Case No. C09-5215BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 9). The Court having considered the Report and Recommendation and the remaining record, and no objection by Plaintiff having been filed, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) This action is **DISMISSED without prejudice** because Plaintiff has failed to serve Defendants and has failed to comply with a court order regarding service.

DATED this 10th day of December, 2009.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER